NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY BRIAN BEVAN, )
)
      Appellant, )
)
v. )    Case No. 2D17-533
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed June 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Ramiro Mañalich, Judge.

Anthony Brian Bevan, pro se.


PER CURIAM.


      Affirmed.


CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.